1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   NED SMOCK
3  Assistant Federal Public Defenders
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
5  San Francisco, CA 94102
   Telephone:  (415) 436-7700
6  Facsimile:   (415) 436-7706
   Email:         ned_smock@fd.org
7
8  Counsel for Defendant JOHNS
9
10             IN THE UNITED STATES DISTRICT COURT
11            FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,            Case No.: CR 24-604 JD
15              Plaintiff,                **STIPULATION AND ORDER TO**
                                          **CONTINUE STATUS CONFERENCE**
16       v.                               **AND EXCLUDE TIME**
17  MAURKECE JOHNS,
18              Defendant.
19
20

21       Mr. Johns is scheduled for a status conference on June 23, 2025. Defense counsel
22  requires additional time to review discovery and conduct its own investigations, including in
23  relation to DNA evidence provided by the government. Along those lines, the defense has
24  requested additional discovery which the government is endeavoring to obtain and provide for
25  the defense's review.  Mr. Johns is out of custody under Pretrial supervision and has been
26  working in construction.  Therefore, the parties agree that the matter be continued to August
27  11, 2025 at 10:30 a.m.
28

STIPULATION AND [PROPOSED] ORDER

1

The parties further stipulate to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(iv), to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence, between June 23, 2025, and August 11, 2025. The parties further stipulate that the ends of justice served by excluding the period from June 23, 2025, and August 11, 2025, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

IT IS SO STIPULATED.

| | |
|---|---|
| June 18, 2025<br>Dated | CRAIG H. MISSAKIAN<br>United States Attorney<br>Northern District of California<br><br>_____/S_____<br>ELISABETH WISTAR WILSON<br>Assistant United States Attorney |
| June 18, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>_____/S_____<br>NED SMOCK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

_6/18/2025_____
Dated

_____
HON. JAMES DONATO
United States District Judge

STIPULATION AND [PROPOSED] ORDER