JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          ned_smock@fd.org

Counsel for Defendant JOHNS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 24-604 JD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| MAURKECE JOHNS, | |
| Defendant. | |

The above captioned matter is scheduled for sentencing on April 6, 2026. Because of scheduling conflicts and Mr. Johns' work schedule, the presentence interview has not yet been completed.  Additional time is needed to complete the Presentence Investigation process and finalize the Presentence Investigation Report. Therefore, the parties agree and request that the sentencing hearing be continued to June 1, 2026 at 11:00 a.m.

STIPULATION AND [PROPOSED] ORDER

1

IT IS SO STIPULATED.

February 17, 2026          CRAIG H. MISSAKIAN
Dated                     United States Attorney
                          Northern District of California

                          _____/S_____
                          CHRISTINE CHEN
                          ELISABETH WISTAR WILSON
                          Assistant United States Attorneys

February 17, 2026          JODI LINKER
Dated                     Federal Public Defender
                          Northern District of California

                          _____/S_____
                          NED SMOCK
                          Assistant Federal Public Defender

### [PROPOSED] ORDER

For the reasons articulated in the parties' stipulation, the sentencing hearing in the above-captioned matter shall be continued to June 1, 2026 at 11:00 a.m.

IT IS SO ORDERED.

___3/4/2026                _____
Dated                     HON. JAMES DONATO
                          United States District Judge

STIPULATION AND [PROPOSED] ORDER

2